| | |
|---|---|
| JACQUANA WILLIAMS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>KILOLO KIJAKAZI, Acting Commissioner of )<br>Social Security, )<br>Defendant. ) | **JUDGMENT IN A CIVIL CASE**<br><br>**CASE NO. 5:20-CV-666-BO** |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Court hereby reverses Defendant's decision under sentence four of 42 U.S.C. § 405(g) and remands the case to Defendant for further administrative action.

**This Judgment Filed and Entered on August 16, 2021, and Copies To:**
Vaughn Stephen Clauson                          (via CM/ECF electronic notification)
Lisa M. Rayo                                        (via CM/ECF electronic notification)

DATE:                                   PETER A. MOORE, JR., CLERK
August 16, 2021                   (By) /s/ Nicole Sellers
                                              Deputy Clerk